IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| JAMES D. SCARBER, Independent Executor of the Estate of Billy D. Scarber, deceased,<br><br>    Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>    Defendant. | )<br>)<br>)<br>)<br>)<br>) CIVIL NO. 16-CV-00923-MJR-RJD<br>)<br>)<br>)<br>) |

## NOTICE OF STIPULATION OF DISMISSAL

The United States of America, by and through its attorneys, Donald S. Boyce, United States Attorney, and Suzanne M. Garrison, Assistant United States Attorney, hereby notifies the Court that the parties have finalized a Stipulation for Compromise Settlement and Release of Federal Tort Claims Act, making it appropriate to enter judgment of dismissal without prejudice pursuant to the Court's 60 day order (Doc. 44).

                DONALD S. BOYCE
                United States Attorney


                */s/Suzanne M. Garrison*
                SUZANNE M. GARRISON
                Assistant U.S. Attorney
                United States Attorney's Office
                Nine Executive Drive
                Fairview Heights, Illinois 62208
                Tel: (618) 628-3700
                Fax: (618) 622-3810
                Email: Suzanne.Garrison@usdoj.gov

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| JAMES D. SCARBER, Independent Executor of the Estate of Billy D. Scarber, deceased, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) CIVIL NO. 16-CV-00923-MJR-RJD ) |
| UNITED STATES OF AMERICA, | ) ) |
| Defendant. | ) |

### CERTIFICATE OF SERVICE

I hereby certify that on December 26, 2017 I electronically filed the foregoing

NOTICE OF STIPULATION OF DISMISSAL

with the Clerk of Court using the CM/ECF system to the following registered participants:

   Paul G. Schoen, Attorney for Plaintiff – pschoen@pschoenlaw.com

*/s/Suzanne M. Garrison*
SUZANNE M. GARRISON
Assistant U.S. Attorney
United States Attorney's Office
Nine Executive Drive
Fairview Heights, Illinois 62208
Tel: (618) 628-3700
Fax: (618) 622-3810
Email: Suzanne.Garrison@usdoj.gov