# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| JAMES DALE SCARBER ) | |
| ) | |
| Plaintiff, ) | Case Number: 16-cv-0923-MJR-RJD |
| ) | |
| v. ) | |
| ) | |
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Defendant. ) | |

## JUDGMENT IN A CIVIL ACTION

Pursuant to the Order dated November 21, 2017 reflecting the parties' settlement and the Notice of Settlement dated December 26, 2017, this case was dismissed with prejudice. Each party to bear his/its own costs, unless otherwise provided in the settlement documents.

Dated: December 27, 2017

                                                   JUSTINE FLANAGAN, Acting Clerk of Court
                                                      s/ *Reid Hermann*
                                                      Deputy Clerk

Approved: s/ *Michael J. Reagan*
                MICHAEL J. REAGAN
                United States District Judge